VINCENT CASTILLO, SBN 209298
vcastillo@llcllp.com
MARIA M. LAMPASONA, SBN 259675
mlampasona@llcllp.com
ALEXEI N. OFFILL-KLEIN, SBN 288448
aoffillklein@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant UNION PACIFIC
RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HENLEY,<br><br>            Plaintiff,<br><br>   v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>            Defendant. | Case No. 3:16-cv-03767-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULING ORDER**<br><br>Complaint Filed:   July 5, 2016<br>Trial Date:           February 15, 2018 |

Plaintiff Charles Henley and defendant Union Pacific Railroad Company submit the following stipulation to modify the Court's Case Management Scheduling Order (Dkt. 24).

**RECITALS**

On October 27, 2017, the Court issued a Case Management Scheduling Order with respect to all relevant pre-trial and trial dates.  With regard to a settlement conference, the Court referred the parties to Judge Westmore, per the parties' request, "for the purposes of engaging in a settlement conference to take place, ideally, within the next 120 days."  (Dkt. 24, 1:17-19.)

On November 19, 2016, following a pre-settlement telephone conference between the parties and Judge Westmore, the Court scheduled the settlement conference for February 8, 2017.

1  (Dkt. 28.)

2  The parties have conferred and agree that the settlement conference, as currently
3  scheduled, is premature for the following reasons.  The parties wish to complete additional
4  discovery, including plaintiff's deposition, which is tentatively scheduled to take place on
5  February 16, 2017, prior to the settlement conference.  Counsel for both parties have spent
6  significant time recently in trial, and preparing for trial, in other matters.  The parties believe that
7  the additional time to complete essential discovery will permit the parties to engage in a more
8  meaningful dialogue at the conference.

9  Subject to the Court's approval and availability, the parties are currently contemplating
10 that a continued settlement conference will take place the third week of March (March 20-24) or
11 the second week of April (April 10-14).  These changes will not affect the trial date or any other
12 pretrial deadlines.  The parties have not previously requested a modification of the Case
13 Management Scheduling Order.

14 For the Court's reference, on January 17, 2017, the parties submitted to Judge Westmore a
15 request to continue the settlement conference, but were told to first request the continuance from
16 Judge Seeborg's department due to the Scheduling Order's mandate that the settlement
17 conference occur within 120 days of October 27, 2017.

18 **STIPULATION**

19 NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING,

20 The parties, through their respective counsel, hereby request the following modifications
21 to the Case Management Scheduling Order:

22 With respect to Alternative Dispute Resolution (Paragraph 1), the parties request that the
23 deadline to engage in a settlement conference with Judge Westmore be extended to May 26,
24 2017.[1]

---

[1] The extra time is requested in an abundance of caution because the parties do not know Judge Westmore's availability.

31039-45394 AOFFILLKLEIN 680009.1 — 2 — STIP. AND [PROPOPOSED] ORDER TO MODIFY CASE MGMT. SCHEDULING ORDER, CASE NO. 3:16-CV-03767-RS

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Dated: January 23, 2017               LOMBARDI, LOPER & CONANT, LLP


                                      By:  */s/ Alexei N. Offill-Klein*
                                          VINCENT CASTILLO
                                          MARIA M. LAMPASONA
                                          ALEXEI N. OFFILL-KLEIN
                                          Attorneys for Defendant
                                          UNION PACIFIC RAILROAD
                                          COMPANY


Dated: January 23, 2017               HILDEBRAND MCLEOD & NELSON, LLP


                                      By:  */s/ Paula Rasmussen*
                                          PAULA RASMUSSEN
                                          ANTHONY PETRU
                                          EDDY MACLEOD
                                          Attorneys for Plaintiff
                                          CHARLES HENLEY


**ORDER**

IT IS SO ORDERED.

DATED:   1/23/17

                                      _____
                                      HONORABLE RICHARD SEEBORG