Anthony S. Petru, Esq. (State Bar No. 91399)
petru@hmnlaw.com
Paula A. Rasmussen, Esq. (State Bar No. 258352)
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:  (510) 451-6732
FAX:  (510) 465-7023

Attorneys for Plaintiff
CHARLES HENLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| CHARLES HENLEY, | Case No.  3:16-cv-03767-RS (KAW) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

PURSUANT TO FRCP 41(a)(1)(A)(ii), it is hereby stipulated and requested by and between the parties herein, that the above-entitled matter may be dismissed with prejudice in its entirety and that each party will bear their own costs and attorney's fees.

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

Dated: August 16, 2017                         HILDEBRAND, MCLEOD & NELSON, LLP

                                              By: */s/ Paula Rasmussen*
                                                  PAULA A. RASMUSSEN, ESQ.
                                                  Counsel for Plaintiff
                                                  CHARLES HENLEY

1
STIPULATED DISMISSAL [PROPOSED ORDER]

Dated: August 16, 2017                                    LOMBARDI, LOPER & CONANT, LLP


By:  ___/s/  Alexei Offill-Klein_____
     VINCENT CASTILLO
     ALEXEI N. OFFILL-KLEIN
     Attorneys for Defendant
     UNION PACIFIC RAILROAD COMPANY


[PROPOSED] ORDER

    The above-entitled action is hereby dismissed with prejudice. All pending matters are vacated and the Clerk shall close this file.  IT IS SO ORDERED.


DATED:  __August ___, 2017_____

                                           _____
                                           Honorable Richard Seeborg
                                           United States District Judge